# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ryan Allen McMullen** DOB: Year; United States<br>**Carson Shawn Abele** DOB: Year; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-07568MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about December 21, 2021, in the District of Arizona, **Ryan Allen McMullen** and **Carson Shawn Abele**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Jesus Gallegos-Javier, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about December 21, 2021, in the District of Arizona, **Ryan Allen McMullen** and **Carson Shawn Abele**, knowing and in reckless disregard of the fact that certain illegal aliens, including Jesus Gallegos-Javier, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about December 21, 2021, in the District of Arizona (Naco), the Motts Mobile Surveillance Camera Operator saw a group of suspected noncitizens run to a vehicle from the brush. The camera operator later identified the vehicle as a Chevrolet Avalanche traveling alone near Paloma Trail. An agent in the field located a red 2007 Chevrolet Avalanche and followed it. Through records checks, the agent learned that the vehicle was registered to an address in Buckeye Arizona. The agent activated his emergency equipment and the vehicle stopped on SR-92 near mile post 345. The driver was identified as **Ryan Allen McMullen** and the front passenger as **Carson Shawn Abele**, both U.S. Citizens. The agent found three people hiding under the vehicle's truck bed cover. All three admitted they were in the U.S. illegally and were identified as Jesus Gallegos-Javier, Enrique Montalvo-Amador, and Alma Hernandez-Astudio.

Records checks revealed that Jesus Gallegos-Javier, Enrique Montalvo-Amador, and Alma Hernandez-Astudio did not have the proper immigration documentation to enter or remain in the U.S. legally. Montalvo was previously removed from the U.S. on June 21, 2021. Gallegos was identified as material witness who said that his friend made the smuggling arrangement for him. Montalvo admitted that he crossed the U.S. border illegally.

In a post-*Miranda* statement, **McMullen** said that while at the casino, **Adele** made him a proposition to come down to Bisbee to pick up some people. **McMullen** said that **Adele** was the one giving him directions on where to go and that someone was on the phone's speaker with **Abele** giving him directions. **McMullen** was not aware who the male on the phone was. **McMullen** said that he did not know how much he was getting paid to pick up the people, but he was getting paid.

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: Jesus Gallegos-Javier ||
|---|---|
| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY:   AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone  x ||
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 22, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54